# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 05, 2024

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7245
Washington, DC 20530

>        No. 24-30252     Kennedy v. Biden
>                         USDC No. 3:23-CV-381
>                         USDC No. 3:22-CV-1213

Dear Mr. Winik,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

>                    Sincerely,
>
>                    LYLE W. CAYCE, Clerk
>
>                    By: _____
>                    Whitney M. Jett, Deputy Clerk
>                    504-310-7772

cc:
      Mr. Simon Christopher Brewer
      Mr. Glynn Shelly Maturin II
      Mr. Daniel Bentele Hahs Tenny
      Ms. Catherine M. Yang