# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ROBERT F. KENNEDY, JR., et al.,

    Plaintiffs-Appellees,

v.

JOSEPH R. BIDEN, JR., et al.,

    Defendants-Appellants.

No. 24-30252

## NOTICE OF DECISION
## AND TERMINATION OF ABEYANCE OF APPEAL

Plaintiffs in the above-captioned action (the "*Kennedy* Plaintiffs") hereby notify the Court of a relevant order issued yesterday in this case by the District Court.

**Background.** This action is related to the case originally styled *Missouri v. Biden* and now known as *Murthy v. Missouri*. It is consolidated with *Missouri v. Biden* in the District Court (ECF No. 27 (W.D. La. 23-cv-00381)), but the two actions are separate and independent on appeal. *See Hall v. Hall*, 584 U.S. 59, 77 (2018) (cases consolidated in district court retain "separate identities" on appeal).

The chief difference between this action and *Murthy* is the identity of the plaintiffs. The *Kennedy* Plaintiffs have a very different, "strong claim to standing," and Mr. Kennedy in particular, as a candidate for President, has an urgent claim to relief. *Murthy v. Missouri*, 144 S. Ct. 32, 32-33 (2023) (Alito, J., dissenting from denial of leave to intervene) ("Indeed, because Mr. Kennedy has been mentioned explicitly in com-

1

munications between the Government and social media platforms, he has a strong claim to standing, and the Government has not argued otherwise. Our democratic form of government is undermined if Government officials prevent a candidate for high office from communicating with voters, and such efforts are especially dangerous when the officials engaging in such conduct are answerable to a rival candidate.").

**Injunction, Appeal, and Abeyance of Appeal**. Five months ago, on February 14, 2024, the court below granted the *Kennedy* Plaintiffs a preliminary injunction, stayed that injunction, but stated that "the stay issued in this case will be automatically lifted on the eleventh (11th) day after the ruling in *Missouri v. Biden* is handed down by the Supreme Court." (ECF No. 38 (W.D. La. No. 22-cv-003811) at 22.) On April 15, 2024, Defendants appealed. (ECF No. 1.) On April 23, Defendants asked this Court, with Plaintiffs' consent, to hold the appeal in abeyance "pending the Supreme Court's disposition of *Murthy v. Missouri*." (ECF No. 14.) On April 24, this Court issued an order so holding. (ECF No. 15.)

**Termination of Abeyance and Lifting of Stay of Injunction.** On June 26, the High Court handed down *Murthy v. Missouri*, No. 23-411, 2024 U.S. LEXIS 2842 (U.S. June 26, 2024). Accordingly, the abeyance of this appeal terminated on that date, June 26, and the stay of the preliminary injunction was "automatically lifted" eleven days thereafter—i.e., on July 7.

**Recent District Court Decision and Order**. On July 1, 2024, Defendants filed a motion in the District Court asking for a "clarification" stating that the prelim-

inary injunction would not be lifted until August, or, in the alternative, for a new stay of the injunction. (ECF No. 360 (W.D. La. No. 22-cv-1213)). Plaintiffs opposed. (ECF No. 361.) On July 8, Defendants filed another set of motion papers in the District Court, this time seeking an indicative ruling "dissolving" the injunction and a stay pending appeal. (ECF Nos. 364, 364-1.)

On July 9, 2024, the District Court issued a Memorandum Order denying all of Plaintiffs' motions. (ECF No. 365 (attached as an Exhibit hereto).) The District Court refused on jurisdictional grounds to issue a further stay of the injunction and declined to issue any indicative rulings. *Id.*

**Now, therefore**, Plaintiffs notify the Court and the Defendants that it is Plaintiffs' clear understanding that the preliminary injunction issued by the District Court on February 14, 2024 against the Defendants **is currently in effect** and that the appeal taken to this Court on April 12, 2024 is as of June 26 **no longer in abeyance**.

DATED: July 10, 2024	Respectfully Submitted,

                  /s/ G. Shelly Maturin, II
                G. SHELLY MATURIN, II
                (La. Bar#26994)
                Welborn & Hargett, LLC
                1540 W. Pinhook Road
                Lafayette, LA 70503
                Telephone: 337-234-5533
                E-mail: shelly@wandhlawfirm.com

Attorney for ROBERT F. KENNEDY, JR.
CHILDREN'S HEALTH DEFENSE
CONNIE SOMPAGNARO

| | |
|---|---|
| JED RUBENFELD | ROGER IAN TEICH |
| (NY Bar # 2214104) | (CA Bar #147076) |
| (*pro hac vice* forthcoming) | (*pro hac vice* forthcoming) |
| 1031 Forest Road | 337 Liberty Street |
| New Haven CT 06515 | San Francisco, CA 94114 |
| Telephone: 203-432-7631 | Telephone: 415-948-0045 |
| E-mail: jed.rubenfeld@yale.edu | Email: rteich@juno.co |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2024, the above Notice of Decision and Termination of Abeyance of Appeal was filed with this Court via the CM/ECF system, which will send notice of said filing to all counsel of record.

Dated: July 10, 2024

_____/s/ G. Shelly Maturin, II_____
G. SHELLY MATURIN, II (#26994)
WELBORN & HARGETT, LLC
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
shelly@wandhlawfirm.com
