# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2024

Mr. Glynn Shelly Maturin II
Welborn & Hargett, L.L.C.
1540 W. Pinhook Road
Lafayette, LA 70503

    No. 24-30252   Kennedy v. Biden
                         USDC No. 3:23-CV-381
                         USDC No. 3:22-CV-1213

Dear Counsel:

Please be advised that the court has requested a response to the Appellants' renewed motion for stay pending appeal to be filed in this office on or before September 5, 2024.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Roeshawn Johnson, Deputy Clerk
                                       504-310-7998

cc:  Mr. Simon Christopher Brewer
     Mr. Michael Shih
     Mr. Daniel Bentele Hahs Tenny
     Mr. Daniel Winik
     Ms. Catherine M. Yang