# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2024

Mr. Glynn Shelly Maturin II
Welborn & Hargett, L.L.C.
1031 Camellia Boulevard
Lafayette, LA 70508

        No. 24-30252    Kennedy v. Biden
                        USDC No. 3:23-CV-381
                        USDC No. 3:22-CV-1213

Dear Mr. Maturin,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 5 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The title of the brief, identifying the party or parties for whom the brief is filed is missing/misspelled or includes additional text, etc. This section is required, i.e., Appellant's Brief, Appellee's Brief, Appellant's Reply Brief, etc. See FED. R. APP. P. 32(a)(2)(E).

A **Statement Regarding Oral Argument** is missing or includes additional text, etc. A Statement of Oral Argument is required. See 5TH CIR. R. 28.2.3.

Record citations were not found. Every assertion in briefs regarding matters in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court. See Fed. R. App. P. 28(a)(8)(A) and 5th Cir. R. 28.2.2. See Form 1 "http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4".

We have identified a potential problem with the **signature** required by 5th Cir. R. 28.3 (k) to follow the Conclusion. The signature is either missing or does not match the name of the attorney as reflected in our records. 5th Cir. R. 25.2.10 requires the signature of the filing attorney (the attorney whose log-in was used for the filing). That rule further requires the filing attorney's name be typed on the line where the attorney would

normally sign, and be preceded by an "s/". An image of the signature is not allowed.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P. 32(a)(2)(C). See the Official Caption, below:

---

Case No. 24-30252

State of Missouri

        Plaintiff

v.

Joseph R. Biden, Jr.

        Defendant

---

Robert F. Kennedy, Jr.; Childrens Health Defense; Connie Sampognaro,

        Plaintiffs - Appellees

v.

Joseph R. Biden, Jr.; Karine Jean-Pierre; Vivek H. Murthy; Xavier Becerra; United States Department of Health and Human Services, Et al.,

        Defendants - Appellants

**Note:  Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.**  Please do not send paper copies of the brief until requested to do so by the clerk's office.  The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.  The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made.  Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Simon Christopher Brewer
     Mr. Jed Rubenfeld
     Mr. Michael Shih
     Mr. Daniel Bentele Hahs Tenny
     Mr. Daniel Winik
     Ms. Catherine M. Yang