# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 26, 2024

Mr. William Jeffrey Olson
William J. Olson, P.C.
370 Maple Avenue, W.
Vienna, VA 22180-5615

    No. 24-30252   Kennedy v. Biden
                            USDC No. 3:23-CV-381
                            USDC No. 3:22-CV-1213

Dear Mr. Olson,

You must submit 7 paper copies of your brief required by 5th Cir.R. 31.1 within 1 day of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Due to the appeal being expedited, please overnight the paper copies of your brief.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn Johnson, Deputy Clerk
                            504-310-7998

cc:  Mr. Simon Christopher Brewer
     Mr. Glynn Shelly Maturin II
     Mr. Jed Rubenfeld
     Mr. Michael Shih
     Mr. Daniel Bentele Hahs Tenny
     Mr. Daniel Winik
     Ms. Catherine M. Yang