# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2024

Mr. Glynn Shelly Maturin II
Welborn & Hargett, L.L.C.
1031 Camellia Boulevard
Lafayette, LA 70508

Mr. Jed Rubenfeld
1031 Forest Road
New Haven, CT 06515

    No. 24-30252   Kennedy v. Biden
                   USDC No. 3:23-CV-381
                   USDC No. 3:22-CV-1213

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Appellees' Petition for rehearing en banc to be filed in this office on or before December 2, 2024.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Christy M. Combel, Deputy Clerk
                                  504-310-7651

cc:
    Mr. Simon Christopher Brewer
    Mr. William Jeffrey Olson
    Mr. Michael Shih
    Mr. Daniel Bentele Hahs Tenny
    Mr. Daniel Winik
    Ms. Catherine M. Yang