# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 21, 2025
Lyle W. Cayce
Clerk

No. 24-30252

---

State of Missouri

*Plaintiff,*

*versus*

Joseph R. Biden, Jr.

*Defendant,*

---

Robert F. Kennedy, ; Childrens Health Defense; Connie Sampognaro,

*Plaintiffs—Appellees,*

*versus*

Joseph R. Biden, Jr.; Karine Jean-Pierre; Vivek H. Murthy; Xavier Becerra; United States Department of Health and Human Services, *Et al.*,

*Defendants—Appellants.*

No. 24-30252

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

_____

ORDER:

IT IS ORDERED that Appellees' motion to supplement the record on appeal is DENIED.

IT IS FURTHER ORDERED that the Appellees' alternative motion for judicial notice is DENIED.

/s/ *Catharina Haynes*
Catharina Haynes
*United States Circuit Judge*