# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 30, 2025
Lyle W. Cayce
Clerk

No. 24-30252

─────────

State of Missouri

*Plaintiff,*

*versus*

Joseph R. Biden, Jr.

*Defendant,*

───────────────────────────────

Robert F. Kennedy, ; Childrens Health Defense; Connie Sampognaro,

*Plaintiffs—Appellees,*

*versus*

Joseph R. Biden, Jr.; Karine Jean-Pierre; Vivek H. Murthy; Xavier Becerra; United States Department of Health and Human Services, *Et al.*,

*Defendants—Appellants.*

───────────────────────────────

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:23-CV-381
USDC No. 3:22-CV-1213

───────────────────────────────

ORDER:

The order withholding issuance of the mandate in this appeal is **VACATED**.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT