# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CHILDRENS HEALTH DEFENSE, et al.,<br>　*Plaintiffs-Appellees*,<br><br>　　　　　　*v.*<br><br>DONALD J. TRUMP, et al.,<br>　*Defendants-Appellants*. | No. 24-30252 |

## MOTION TO WITHDRAW APPEARANCE

I, Simon C. Brewer, hereby move to withdraw my appearance on behalf of the federal appellants in the above-captioned case because I will be leaving the Department of Justice. The government will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Respectfully submitted,

/s/ *Simon C. Brewer*
SIMON C. BREWER
*Attorney*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7529*
*Washington, D.C. 20530*
*(202) 616-5367*

JUNE 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 51 words, according to the word count of Microsoft Word.

/s/ *Simon C. Brewer*
Simon C. Brewer

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                        /s/ *Simon C. Brewer*
                                        Simon C. Brewer